# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | ) |
| **Plaintiff,** | ) CR 11-00582-TUC-DCB(LAB) )  )  ORDER |
| vs. | ) ) |
| **Laroy Williams,** | ) ) |
| **Defendant.** | ) ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Government's Petition to Revoke Supervised Release, filed on January 4, 2016.

Magistrate Judge Leslie Bowman conducted a hearing on March 21, 2016, and issued her Report and Recommendation on March 29, 2016. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Bowman's Report and Recommendation

(Doc. 82) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

    IT IS FURTHER ORDERED that the Defendant is scheduled for Final Disposition Hearing before this Court on Monday, May 9, 2016 at 10:30 a.m.

    IT IS FURTHER ORDERED the Probation Officer shall file a Disposition Report.

    DATED this 28th day of April, 2016.

David C. Bury
United States District Judge